JEFFREY D. KALIEL (CA 238293)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
*jkaliel@tzlegal.com*

JEFF OSTROW (admitted *pro hac vice*)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
*ostrow@kolawyers.com*

*Counsel for Plaintiff*
*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FARRELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | CASE NO. 3:16-cv-00492-L-WVG<br><br>**NOTICE OF MOTION AND PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS**<br>Judge: Hon. M. James Lorenz<br><br>Place: Courtroom 5B<br><br>Hearing Date: December 11, 2017<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

-1-
PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS

TO DEFENDANT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on December 11, 2017, in the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California, Courtroom 5B, before the Honorable M. James Lorenz, Plaintiff, Joanne Farrell, will respectfully move for Preliminary Approval of the Settlement Agreement and Release, attached as *Exhibit A* to Plaintiff's Memorandum of Points and Authorities, which will resolve all claims against Bank of America, N.A. in the above-captioned action.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Joint Declaration of Class Counsel and the exhibits thereto, the pleadings and other papers filed in this action, and such other written and oral argument as may be allowed or presented to the Court.

Dated: October 31, 2017            Respectfully submitted,

/s/ Jeffrey Kaliel
JEFFREY KALIEL (CA 238293)
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
*jkaliel@tzlegal.com*

JEFF OSTROW (*pro hac vice*)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
*ostrow@kolawyers.com*

| | |
|---|---|
| 1 | BRYAN GOWDY (*pro hac vice*) |
| 2 | **CREED AND GOWDY, P.A.** |
|   | 865 May Street |
| 3 | Jacksonville, FL 32204 |
|   | Telephone: 904-350-0075 |
| 4 | Facsimile: 904-503-0441 |
| 5 | *bgowdy@appellate-firm*.com |
| 6 | JOHN JOSEPH UUSTAL (*pro hac vice*) |
| 7 | CRISTINA MARIA PIERSON (*pro hac vice*) |
|   | JOHN R. HARGROVE (*pro hac vice*) |
| 8 | **KELLEY UUSTAL PC** |
| 9 | 500 North Federal Highway, Suite 200 |
|   | Fort Lauderdale, FL 33301 |
| 10 | Telephone: 954-522-6601 |
| 11 | *jju@kulaw.com* |
|   | *cmp@kulaw.com* |
| 12 | *jhr@hargrovelawgroup.com* |
| 13 | WALTER W. NOSS (CA 277580) |
| 14 | **SCOTT + SCOTT LLP** |
| 15 | 707 Broadway,10th Floor |
|   | San Diego, CA 92101 |
| 16 | Telephone: (619) 233-4565 |
| 17 | Facsimile: (619) 233-0508 |
|   | *wnoss@scott-scott.com* |
| 18 | |
| 19 | ***Counsel for Plaintiff*** |

-3-
PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS