UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JOANNE FARREL, et al, | Case No.: 3:16-cv-00492-L-WVG |
|---|---|
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF AMENDED CLASS NOTICE FORMS AND GRANTING MOTION TO SUBSITUTE CLASS COUNSEL** |
| v. | |
| BANK OF AMERICA., | |
| Defendants. | |

This case comes before the Court for an order granting Plaintiffs' Unopposed Motion for Approval of Amended Class Notices and Substitution of Class Counsel.

Having considered the matter, and good cause appearing for the requested relief, IT IS HEREBY ORDERED THAT:

1. The Motion is granted. The Amended Class Notices (Exhibits B, C, and D) to the Motion are approved and shall be used in the Notice Program.

2. Paragraph 14 of the Order Conditionally Granting Preliminary Approval of Class Action Settlement [D.E. 72] is amended to remove Jeffrey Kaliel as Class Counsel, and to substitute Hassan A. Zavareei as one of the Class Counsel.

Dated:  December 21, 2017

Hon. M. James Lorenz
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28