| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JAN 16 2018 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS  |

JOANNE FARRELL, on behalf of herself and all others similarly situated,

        Plaintiff-Appellee,

 v.

BANK OF AMERICA, N.A.,

        Defendant-Appellant.

No. 17-55847

D.C. No. 3:16-cv-00492-L-WVG
Southern District of California, San Diego

ORDER

The joint motion (Docket Entry No. 11) to stay appellate proceedings pending resolution of settlement is granted. Appellate proceedings are stayed until July 2, 2018.

At or prior to the expiration of the stay of appellate proceedings, the parties shall file a status report and a motion for appropriate relief, or appellant shall file the opening brief.

If the opening brief is filed, the answering brief will be due August 1, 2018. The optional reply brief is due within 21 days after service of the answering brief.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Grace Santos
        Deputy Clerk
        Ninth Circuit Rule 27-7

GS 01/08/2018/Pro Mo