# Objection Letter



**Shenita Lenice Ann Thompson**

**Current Address:**

2510 Suncrest Dr Apt 10

Flint, MI 48504

**Cell Number:**

(810) 766-3621

**Mail Address:**

P.O. Box 321404

Flint, MI 48532-0024

**Counsel Representing**

Jeff Ostrow

Kopelowitz Ostrow P.A.

1 W. Las Olas Blvd., Ste. 500

Ft. Lauderdale, FL 33301

## Nature Of My Objection

I Shenita L, A Thompson Object to some part of the settlement for Class Counsel's request for awards for the Class Representatives regarding Joanne Farrell v. Bank of America, Case No. 3:16-cv-00492-L-WVG. This is my first time objecting in any lawsuit because of economic hardship I am unable to hire an attorney to represent me to testify at the final approval hearing.

I believe it should also be added to the settlement that Settlement Class member should also be awarded cash relief for damages and financial hardships incurred in connection with their BANA personal checking accounts between February 25, 2014 and December 30, 2017. I am aware that I am a Settlement Class member who no longer has a BANA checking account because of the NSF/OD fees Bank of America took my money of $109.00 in my accounts. My health insurance payments were linked to my accounts but the payments wasn't successful so now my credit is damaged because I also still owe money to the health insurance company.

**Brief Summary of What Happened**

I'm aware of the Anti- bribery and Anti- corruption U.S Foreign Corrupt Act and U.K. Bribery Act, whenever you conduct business on behalf of Bank of America. You may not give, promise or offer money or anything of value of authorize any third party working on behalf of Bank of America to give, promise, or offer anything of value including but not limited to currency, offers of employment, lavish gifts and entertainment to any customer, government employee, or any other persons for the purpose of improperly influence a decision. I'm aware of your code of conduct if employees of Bank of America engage in such behavior the employee exposes himself and the corporation to a civil and/or criminal liability by undermining the trust of a customer.

I would like to report a fraudulent action on Monday June 08, 2015 I arrived at Bank of America at 1:15pm located on 5116 Greenville Ave Dallas, TX 75206. I walk into the building up to the teller and requested to make withdraw from my saving account of $9.00 and deposit $100.00 of cash into my checking account. The teller#0005 Juan Cruz requested that I swipe my debit card and provide identification on my account to verify the accountholder. The teller#0005 Juan Cruz than gave me back my identification. The teller#0005 Juan Cruz handed me a deposit slip to fill out my deposit amount and while I was doing that the teller handed me a TLR cash withdrawal slip to sign. I reviewed the amount to be withdrawn which was a written amount of $9.00 dollar. I furnished filling out the deposit slip and handed to the teller the cash to be deposit with the deposit slip, while being process I request the teller to deposit the $9.00 dollars as well the teller than handed me back the deposit slip and requested that I cross out the $100.00 in cash and write under the line stating coins $109.00. The teller#0005 Juan Cruz stated that it is still consider as cash. I did what the teller#0005 Juan Cruz requested and initial my first and last name. I than verify the transaction being processed in front of me while the teller#0005 Juan Cruz stood behind the teller line. While the teller#0005 Juan Cruz furnished the process my headaches started to occur the teller then handed me a receipt of the transaction and I left the building. I became light head because the heat from the sun beaming down on me so I decide to walk next door where there is a restaurant named Raising Cane's Chicken Finger. I decide to eat a meal there to regain my strength I paid $6.59 in cash for my meal I took a sip of my drink and sit my personal belonging down because it was too heavy . I realize than I forgot to withdraw funds for my trip to go to Michigan so while waiting on my food to process I decide to walk over to Bank of America to make withdrawal from my checking account of $400.00 to take along with me to Michigan. I arrived at the ATM at 2:00pm on 06/08/2015 and made two transactions of $200.00 my balanced was $109.82. According to email alerts and customer

receipt the first transaction of the amount of $200.00 showed an available balance of $309.82. The second transaction of the amount of $ 200.00 showed an available balance of $109.82.

The damages to my accounts also start here I have my health insurance payments setup to come from my accounts on the 3rd United Healthcare in the amount of $96.40 dollar which should have been posted and Humana Dental plan in the amount of $20.99 this should have posted because I was aware I had $109.82 in my account. I was also aware that my secondary checking account was linked to my savings account. I did have direct deposit setup to Social Security every month. I am aware that the overdraft protection services of Bank of America provides to my account Overdraft protection transfers which are made for the amount required to cover the overdraft and the applicable transfer fee, if my savings or secondary checking account does not have enough available funds to cover the necessary amount, Bank of America may decline to make the transfer. When Bank of America receive one or more items which would overdraw my account, and saving or secondary checking has enough available funds to cover at least one of those items, Bank of America generally make one transfer at the end of the day. I am also aware of Bank of America Interest Checking and Advantage accounts plus Platinum Privileges and Preferred Rewards customers qualify for a waiver of this fee. The description of the overdraft protection transfer fee – transfer from a linked Bank of America line of credit the fee amount is $10.00 each transfer.

I arrived in Dallas, TX back from my trip from Michigan on Saturday, June 13, 2015. On Monday, June 15, 2015 I was aware that my insurance payments would apply to my savings account so I went to Bank of America located at 5636 Lemmon Ave, Dallas, TX 75209 and spoke to Alex I requested a statement on my checking account. Alex alerted me that I was negative in my checking account and that my Humana insurance will apply to my saving account which will cause an overdraft fee. While reviewing my statement on my checking account I requested from Alex a copy of the deposit slip processed on June 08, 2015 and a copy of my overdraft protection policy on my accounts. As Alex processed my requests I realize that on my statement for my checking account there was a TX TLR cash withdrawal from CHK 6218 confirmation# 1678955176 so I requested a copy of that withdrawal slip. Alex hand me the first request and stated that for the TRL I would have to put in the request at the location where the transaction was performed. So I took the information that I requested and thanked Alex and left the building. I continue to observer my statement for checking account I was negative $290.18. Than on my savings account an NSF: Returned Item fee from activity of 06-15 electronic transaction on posting date 06-15-15 posting seq 00001 applied to my saving account. So the $109.00 I deposited into my checking account that's linked to my savings account for my insurance payment to be paid on the 06-15-2015 was not available for payment. As I became aware I started to look for any documentation that would be useful. I reviewed the customer receipt given to me by the teller#0005 Juan Cruz on June 08, 2015 at 1:55pm stated that the

total deposit to CHK is $509.00 and the available balance is $509.82. The teller#0005 Juan Cruz ethics are deceitful and deceptive due to the teller intent dishonest of the deposit slip that he request that I fill out and the teller review the cash transaction and processed it the same day.

On June 22, 2015 at 4:30 pm I met with Personal banker Janet Flores and Manager Rebecca Whittington to address the issue that involved my checking and saving account. Rebecca Whittington explained to me that the error occurred due to a typo error on the teller behalf. She explained to me that Bank of America informed me on the same day the error occurs by telephone. I confirmed with Rebecca Whittington that I didn't receive a call from Bank of America I told her that I could provide telephone records to prove this. Rebecca Whittington and Janet Flores questioning of, why I the customer would withdraw funds from my account due to the teller mistake? Rebecca Whittington and Janet Flores understatement affected their judgement the speakers intentionally made the teller errors seem less important than it really is. On June 26, 2015 I met with Jose Reygadas and Andrew Henk financial advisor of a relating to finance to clarify if any administrator from Bank of America contact me by phone they both ask me for my Identification and confirmed in there system that there was no record of a call made out to me on June 08, 2015. I decide to call the Bank of America hotline to dispute the error. I talk to Jonna who transfer me to electronic transaction they transferred me to claim department Denise. Denise transfers me to Keeyona Ward who transferred me to back to claims Hilary. How Bank of America handle the situation due to the errors of Teller#0005 Juan Cruz. I realize that the teller#0005 Juan Cruz implied consent by utilizes criteria and methods of administration this intentional behavior and ethics attempted to influence the recipient Shenita Thompson decision. According to the deposit slip, TX TLR cash withdrawal from CHK 6218 confirmation# 1678955176, customer receipts, statements, and email alerts teller#0005 Juan Cruz credit checking account 488053746218 of an amount of $ 509.00 dollars when he should have processed $109.00 dollars. This is not expressly granted by a person, but rather inferred from a person's actions the facts and circumstances of this particular situation Bank of America is a corporation employed with professional abusers who committed a fraudulent scheme on my account which cheated and victimize me adding to my suffering. My saving account is now negative -512.46 of a NSF: Returned Item fee and my checking account is now -$302.18



Bank of America, TX2-981-05-07, Enterprise Customer Care Resolution
100 North Tryon Street, Charlotte, NC 28255-0001

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 75024   $ 000.41
02 1W
0001394226 SEP 11 2015

Ms. Shenita Thompson
2209 Empire Central Apartment 234
Dallas, TX 75235

COAIA- 2510 SUNCREST DR 48504

015   HIA-A3B 48504

Enterprise Customer Care Resolution

Ms. Shenita Thompson
2209 Empire Central Apartment 234
Dallas, TX 75235

Correspondence received on: August 12, 2015

Dear Ms. Thompson:

Our Enterprise Customer Care Resolution team received correspondence sent on your behalf from the Office of the Comptroller of the Currency (OCC). We understand the importance of listening to you, our customer. We appreciate the time you took to share the concerns. Below is a summary of our research and the resolution.

## Summary of our research

Our research indicates that a deposit was made to your checking account ending in 6218 at the Greenville/Lovers Financial Center on June 8, 2015, in the amount of $109.00. Initially the deposit was incorrectly credited for the amount of $509.00, and was corrected to reflect the amount of $109.00 later that same day. Our research further indicates that on June 8, 2015, you made two withdrawals at an ATM in the amount of $200.00, each. This brought the balance in your checking account to negative $290.18.

Additionally, we can confirm that your checking account is linked to your savings account ending in 6221 for Overdraft Protection. Our Overdraft Protection Service provides payment for transactions when there are insufficient funds in an account. Available funds from the linked account are automatically transferred to the receiving account to prevent insufficient funds activity. This service can protect customers from overdrawing their accounts or from having items returned unpaid due to insufficient funds. Customers can also avoid overdraft or returned item fees, when the accounts remains funded, as well as avoid declined point of sale debit card transactions. Overdraft Protection does not transfer funds from your checking account to your savings account in the event of an overdraft.

The ending balance on your savings account ending in 6221 on June 8, 2015, was $0.34. There have been multiple Returned Items on the account since that date, which resulted in Return Item fees being assessed. These fees have caused your account to become overdrawn. As of the date of this letter, the balance in your savings account is negative $389.66.

## Our response

Ms. Thompson, at Bank of America we strive to provide exceptional customer service during every customer interaction. It appears, in this case, we may have fallen short of that goal. This matter has been elevated to the appropriate level of management to ensure we are upholding the level of service our customers expect and deserve.

September 9, 2015

**Contact Us:**
1.855.834.5400, extension 423251

**Account Ending:**
6218
6221

Page 1 of 2

Documents enclosed
- Hold and Transaction History dated June 1, through August 12, 2015, for the checking account ending in 6218
- Hold and Transaction History dated June 1, through August 12, 2015, for the savings account ending in 6221

If you have any questions

Thank you for the opportunity to address your concerns. If you have any questions or would like to discuss this further, my phone number is 1.855.834.5400, extension 423251, and I am available Monday through Friday from 7:30 a.m. to 4:30 p.m. Central.

Sincerely,

*Patrick Bulger*
Patrick Bulger
Customer Advocate
Enterprise Customer Care Resolution
C-3512557

cc: Office of the Comptroller of the Currency Case Number: 03047869

September 9, 2015

**Contact Us:**
1.855.834.5400, extension 423251

**Account Ending:**
6218
6221

Page 2 of 2

Bank of America

BankofAmerica | Hold and Transaction History | Hold and Transaction History Results



## Hold and Transaction History

### Hold and Transaction History Search Results

Account# XXXXXXXXXXXXXXXX6221  Search Period: 06/01/15 - 08/12/15

Transaction Type: Authorizations, Holds, Debits and Credits

| Original Auth/Hold Date | Posting Date | Merchant Category | Transaction Description | Trans Type | Amount | Available Balance History | Statement Balance | NSF/OD Fee |
|---|---|---|---|---|---|---|---|---|
| | | | **Ending Balance August 11** | | | | (389.66) | |
| | 08/11/15 | | NSF: RETURNED ITEM FEE FOR ACTI | | (35.00) | (389.66) | (389.66) | |
| | 08/11/15 | | NSF: RETURNED ITEM FEE FOR ACTI | | (35.00) | (354.66) | (354.66) | |
| | 08/11/15 | | UNITEDHEALTHONE DES:RDP INS. P | | (96.40) | (319.66) | (319.66) | 35.00 |
| | 08/11/15 | | UNITEDHEALTHONE DES:RDP INS. P | | (96.40) | (319.66) | (319.66) | 35.00 |
| | | | **Ending Balance August 06** | | | | (319.66) | |
| | 08/06/15 | | Monthly Maintenance Fee | | (5.00) | (319.66) | (319.66) | |
| | | | **Ending Balance August 05** | | | | (314.66) | |
| | 08/05/15 | | NSF: RETURNED ITEM FEE FOR ACTI | | (35.00) | (314.66) | (314.66) | |
| | 08/05/15 | | NSF: RETURNED ITEM FEE FOR ACTI | | (35.00) | (279.66) | (279.66) | |
| | 08/05/15 | | UNITEDHEALTHONE DES:INS. PREM. | | (96.40) | (244.66) | (244.66) | 35.00 |
| | 08/05/15 | | UNITEDHEALTHONE DES:INS. PREM. | | (96.40) | (244.66) | (244.66) | 35.00 |
| | | | **Ending Balance July 10** | | | | (244.66) | |
| | 07/10/15 | | NSF: RETURNED ITEM FEE FOR ACTI | | (35.00) | (244.66) | (244.66) | |
| | 07/10/15 | | NSF: RETURNED ITEM FEE FOR ACTI | | (35.00) | (209.66) | (209.66) | |
| | 07/10/15 | | TIME INSURANCE DES:RDP INS. P | | (7.26) | (174.66) | (174.66) | 35.00 |
| | 07/10/15 | | TIME INSURANCE DES:RDP INS. P | | (40.00) | (174.66) | (174.66) | 35.00 |
| | | | **Ending Balance July 09** | | | | (174.66) | |
| | 07/09/15 | | NSF: RETURNED ITEM FEE FOR ACTI | | (35.00) | (174.66) | (174.66) | |
| | 07/09/15 | | Extended Overdrawn Balance Char | | (35.00) | (139.66) | (139.66) | |
| | 07/09/15 | | UNITEDHEALTHONE DES:RDP INS. P | | (96.40) | (104.66) | (104.66) | 35.00 |
| | | | **Ending Balance July 03** | | | | (104.66) | |
| | 07/03/15 | | NSF: RETURNED ITEM FEE FOR ACTI | | (35.00) | (104.66) | (104.66) | |
| | 07/03/15 | | UNITEDHEALTHONE DES:INS. PREM. | | (96.40) | (69.66) | (69.66) | 35.00 |
| | | | **Ending Balance July 02** | | | | (69.66) | |
| | 07/02/15 | | NSF: RETURNED ITEM FEE FOR ACTI | | (35.00) | (69.66) | (69.66) | |
| | 07/02/15 | | NSF: RETURNED ITEM FEE FOR ACTI | | (35.00) | (34.66) | (34.66) | |
| | 07/02/15 | | TIME INSURANCE DES:INS. PYMNT | | (7.26) | 0.34 | 0.34 | 35.00 |
| | 07/02/15 | | TIME INSURANCE DES:INS. PYMNT | | (40.00) | 0.34 | 0.34 | 35.00 |
| | | | **Ending Balance June 29** | | | | 0.34 | |
| | 06/29/15 | | Fee Refund | | 70.00 | 0.34 | 0.34 | |
| | | | **Ending Balance June 22** | | | | (69.66) | |
| | 06/22/15 | | Extended Overdrawn Balance Char | | (35.00) | (69.66) | (69.66) | |
| | | | **Ending Balance June 15** | | | | (34.66) | |
| | 06/15/15 | | NSF: RETURNED ITEM FEE FOR ACTI | | (35.00) | (34.66) | (34.66) | |
| | 06/15/15 | | HUMANA COMPBENEF DES:7709988936 | | (20.99) | 0.34 | 0.34 | 35.00 |
| | | | **Ending Balance June 08** | | | | 0.34 | |

BankofAmerica | Hold and Transaction History | Hold and Transaction History Results

| | | | | | |
|---|---|---|---|---|---|
| | 06/08/15 | Online Banking transfer from CH | 6.00 | 0.34 | 0.34 |
| | | **Ending Balance June 05** | | | (5.66) |
| | 06/05/15 | Fee For Checks And/Or Withdrawa | (12.00) | (5.66) | (5.66) |
| 06/06/2015 01:23:45:000 | 06/05/15 | Online Banking transfer to CHK | (50.00) | 6.34 | 6.34 |
| | | **Ending Balance June 03** | | | 56.34 |
| | 06/03/15 | TIME INSURANCE DES:INS. PYMNT | (7.26) | 56.34 | 56.34 |
| | 06/03/15 | TIME INSURANCE DES:INS. PYMNT | (40.00) | 63.60 | 63.60 |
| | 06/03/15 | UNITEDHEALTHONE DES:INS. PREM. | (96.40) | 103.60 | 103.60 |
| | 06/03/15 | Online Banking transfer from CH | 200.00 | 200.00 | 200.00 |

Print | New Transaction Search | Back | Close

© 2015 Bank of America Corporation. All rights reserved.

https://transactionhistory.bankofamerica.com/TransactionHistory/transactionSearchResult.do[8/12/2015 2:09:34 PM]

BankofAmerica | Hold and Transaction History | Hold and Transaction History Results



## Hold and Transaction History

## Hold and Transaction History Search Results

Account# XXXXXXXXXXXXXXXXX6218   Search Period: 06/01/15 - 08/12/15   Transaction Type: Authorizations, Holds, Debits and Credits

| Original Auth/Hold Date | Posting Date | Merchant Category | Transaction Description | Trans Type | Amount | Available Balance History | Statement Balance | NSF/OD Fee |
|---|---|---|---|---|---|---|---|---|
| | | | **Ending Balance August 06** | | | | (302.18) | |
| | 08/06/15 | | Monthly Maintenance Fee | | (12.00) | (302.18) | (302.18) | |
| | | | **Ending Balance June 08** | | | | (290.18) | |
| 06/08/2015 07:01:56:000 | 06/08/15 | | BKOFAMERICA ATM 06/08 #00000987 | | (200.00) | (290.18) | (290.18) | |
| 06/08/2015 07:01:10:000 | 06/08/15 | | BKOFAMERICA ATM 06/08 #00000987 | | (200.00) | (90.18) | (90.18) | |
| 06/08/2015 06:52:31:000 | 06/08/15 | | TX TLR cash withdrawal from CHK | | (9.00) | 109.82 | 109.82 | |
| 06/06/2015 09:30:57:000 | 06/08/15 | | BKOFAMERICA ATM 06/06 #00000877 | | (100.00) | 118.82 | 118.82 | |
| 06/06/2015 09:29:35:000 | 06/08/15 | | BKOFAMERICA ATM 06/06 #00000877 | | (200.00) | 218.82 | 218.82 | |
| 06/06/2015 07:33:06:000 | 06/08/15 | | Online Banking transfer to Sav | | (6.00) | 418.82 | 418.82 | |
| 06/06/2015 07:11:40:000 | 06/08/15 | Restaurant | ▷ CHECKCARD 0606 BIG ALS SMOKE H | | (11.52) | 424.82 | 424.82 | |
| 06/05/2015 05:20:07:000 | 06/08/15 | Fast Food/ | ▷ CHECKCARD 0605 CHIPOTLE 0314 | | (15.80) | 436.34 | 436.34 | |
| | 06/08/15 | | Counter Credit | | 109.00 | 452.14 | 452.14 | |
| | | | **Ending Balance June 05** | | | | 343.14 | |
| 06/03/2015 11:13:46:000 | 06/05/15 | Railways P | ▷ CHECKCARD 0603 AMTRAK .COM | | (358.00) | 327.34 | 343.14 | |
| 06/05/2015 05:20:07:000 | 06/05/15 | Fast Food/ | ▷ CHIPOTLE MEXICAN DALLAS | Processing | (15.80) | 685.34 | 701.14 | |
| | 06/05/15 | | Online Banking transfer from SA | | 50.00 | 701.14 | 701.14 | |
| | | | **Ending Balance June 04** | | | | 651.14 | |
| 06/03/2015 11:13:46:000 | 06/04/15 | Railways P | ▷ AMTRAK.COM WASHINGTON | Processing | (358.00) | 293.14 | 651.14 | |
| | | | **Ending Balance June 03** | | | | 651.14 | |
| 06/03/2015 03:30:48:000 | 06/03/15 | | Online Banking transfer to Sav | | (200.00) | 293.14 | 651.14 | |
| 06/03/2015 11:13:46:000 | 06/03/15 | Railways P | ▷ AMTRAK.COM WASHINGTON | Processing | (358.00) | 493.14 | 851.14 | |
| | 06/03/15 | | SSA TREAS 310 DES:XXSOC SEC | | 905.00 | 851.14 | 851.14 | |
| | | | **Ending Balance June 02** | | | | (53.86) | |
| | 06/02/15 | | OVERDRAFT ITEM FEE FOR ACTIVITY | | (35.00) | (53.86) | (53.86) | |
| 06/02/2015 10:55:56:000 | 06/02/15 | | BKOFAMERICA ATM 06/02 #00000775 | | (20.00) | (18.86) | (18.86) | 35.00 |
| | | | **Ending Balance June 01** | | | | 1.14 | |

BankofAmerica | Hold and Transaction History | Hold and Transaction History Results

| 05/29/2015 09:22:28:000 | 06/01/15 | Direct Mar | Þ CHECKCARD 0529 NETFLIX.COM | (9.73) | 1.14 | 1.14 |
|---|---|---|---|---|---|---|
| 05/30/15 | 06/01/15 | | BKOFAMERICA ATM 05/30 #00000771 | 10.00 | 10.87 | 10.87 |

Print   New Transaction Search   Back   Close

© 2015 Bank of America Corporation. All rights reserved.

05


A UnitedHealthcare Company

# Premium Notice
Visit www.MyUHOne.com

SHENITA THOMPSON
PO BOX 601801
DALLAS      TX 75360-1801

**ID Number:** 093-650-966
**To Pay Period Of:** 06/28/15 to 09/28/15
**Payment Due:** AUG 28 2015
**Total Amount Due:** $319.20
**Payment Breakdown:**
Insurance Payment:     $92.40
Assoc. Fee:             $4.00
Administrative Fee:    $10.00
Balance Forward:      $212.80
Total Amount Due:     $319.20

> Make future policy payments automatically from your bank account! Call (800) 657-8205 for details or to set up Electronic Funds Transfer.

Please return this lower part of the form with your payment in the form of a check.
We do not accept credit card payments.

Make check payable to:   GOLDEN RULE

Primary Insured: THOMPSON, SHENITA
ID Number: 093-650-966

Total Amount Due: $319.20
Due Date: AUG 28 2015

GOLDEN RULE INSURANCE COMPANY
Mail to: PO BOX 740209
CINCINNATI, OH 45274-0209

00093650966/15240100010640000000*2

# Humana

PO Box 769649
Roswell, GA 30076-8225

CMPIVI042A20150810024492
Shenita Thompson
2209 empire central Apt 234
Dallas, TX 75235-4368

# Invoice

For plan period from Sep 1, 2015 to Oct 1, 2015

ID Number
0000023508786

Invoice date
August 10, 2015

Payment due
September 1, 2015

## Your Dental Invoice Detail

| | |
|---|---|
| Outstanding Balance | $41.98 |
| Adjustments | $0.00 |
| Current Period Charges | $20.99 |
| **Please pay total amount due** | **$62.97** |

Your invoice has an exciting new look! Nothing about your plan has changed. You'll still receive the same, helpful information in an easier-to-read format. As always, we're here to assist you with any questions you may have.

### How You Can Pay
To make a onetime payment online or over the phone, please refer to the website and phone number listed on your ID card. If you prefer to pay by check or credit card, fill out and detach the portion below, and mail it in the envelope provided.

### How You Can Reach Us
Please call Customer Service at the number listed on your ID card, Monday-Friday, 8 am - 6 pm Eastern Time

Continued>

---

RETURN THIS PORTION WITH YOUR PAYMENT

# Humana

ID Number:    0000023508786

Shenita Thompson
2209 empire central Apt 234
Dallas, TX 75235-4368

## Payment Coupon

**Payment due date:** 09/01/15
**Plan Period:** Sep 1 2015 to Oct 1 2015
**Amount due:** $62.97
**Amount enclosed:** $ _____

☐ To pay by credit card, complete the back of this form and check this box

Please remit to:
Humana Insurance Company
P.O. Box 219051
Kansas City, MO 64121-0000

For change of address, please call Customer Service

06      00000023508786 2      029557240 0000006297 4

**Bank of America**

Date / Fecha June 15 2015

Name / Nombre: Shenita Thompson
Address / Dirección: 2209 Empire Central
Dallas TX 75235
Telephone No. / N° de teléfono (  )
Sign here if cash received / Firma aquí si recibes efectivo
Store # (For Business customers only)
Tienda # (Solo para clientes comerciales)

Checking / Savings Deposit - TX
Depósito de cuenta de cheques / Ahorros - TX

**CREDIT**

| | Cash / Efectivo Currency - Billetes | 100.00 |
| | Coin - Monedas | 0.90 |
| | Checks / Cheques | |
| | | |
| | Sub Total | 100.00 |
| | Less Cash Received / Menos efectivo recibido | 100.00 |
| | Total Deposit / Total de depósito | 100.00 |

Account Number / Número de cuenta: 4880537462\8
(Numbers only. No spaces / dashes)

⑆540740134⑆

Bank Use Only
(Out of State Code)

$ 100.00
×ST 109.00

**Bank of America** ⬛

Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

Thank you for banking with Bank of America.
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

```
06/08/2015 13:55 NTX T00111    R540740138
Acct#    **********6218 CC 0002940 TIr 00005

Total Deposit To CHK                 $509.00

Available Now                        $509.00
Available Balance                     509.8*
IntRef#           2050294OMADDE16D2CD
```

Member FDIC
95-14-2005B   10-2012



5030 Greenville Ave
Dallas, TX 75206
(214) 360-6080

3 April E

| Chk 6159 | SHANITA Jun08'15 01:58PM | Gst 1 |

Dine In
1 3 FINGER COMBO         6.59
  REGULAR
  FOUNTAIN DRINK
Cash                    10.00

Subtotal                 6.59
TAX                      0.54
Payment                  7.13
Change Due               2.87

\* \* Customer's Copy \* \*

**Bank of America**

For Customer Service Call
1-800-432-1

BankAmericard Cash Rewards(TM)
Visit bankofamerica.com/getcashback

06/08/15 14:01  ITXN3516

XXXXXXXX7202
*GREENVILLE/LOVERS
DALLAS            TX

| Ser. No. 9876 | |
|---|---|
| Withdrawal | $200.00 |
| From PRIMARY | Checking |
| Available Balance | $309.82 |

Member FDIC

