Theodore H. Frank (SBN 196332)
**COMPETITIVE ENTERPRISE INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS**
1310 L Street NW, 7th Floor
Washington, DC 20005
Telephone: (202) 331-2263
Email: ted.frank@cei.org
*Attorney for Rachel Threatt*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FARRELL, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>  Defendant.<br><hr>RACHEL THREATT,<br><br>  Objector. | Case No. 3:16-cv-00492-L-WVG<br><br>**DECLARATION OF RACHEL THREATT**<br><br>Judge: Hon. M. James Lorenz<br>Place: Courtroom 5B<br>Hearing Date: June 18, 2018, at 11:00 a.m. |

I, Rachel Threatt, declare as follows:

  1.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

  2.  My name is Rachel Melita Threatt. My address is 304 Sunset Trail, New Lenox,

Illinois 60451. My telephone number is (314) 750-0921. My email address is Rthreatt86@icloud.com.

3. I hold a Bank of America, N.A. consumer checking account. Between February 25, 2014, and December 30, 2017, I was assessed at least one extended overdrawn balance charge that was not refunded.

4. I received notice by postcard of the proposed settlement in this action. It is my understanding that any settlement benefits due to me will be automatically deposited in my checking account.

5. On or about April 10, 2018, I contacted the Competitive Enterprise Institute's Center for Class Action Fairness ("CCAF") through the contact form on CCAF's web page. CCAF agreed to represent me in objecting to the settlement.

6. I have not previously filed an objection to any proposed class action settlement.

7. I intend to appear through my counsel Theodore H. Frank at the fairness hearing currently scheduled for June 18, 2018.

8. I bring this objection in good faith. I have no intention of settling this objection for any sort of side payment. Unlike many objectors who attempt or threaten to disrupt a settlement unless plaintiffs' attorneys buy them off with a share of attorneys' fees, it is my understanding and belief that CCAF does not engage in *quid pro quo* settlements and will not withdraw an objection or appeal in exchange for payment.

9. Thus, if, contrary to CCAF's practice and recommendation, I agree to withdraw my appeal for a payment by plaintiffs' attorneys or the defendant paid to me or any person or entity related to me in any way without court approval, I hereby irrevocably waive any and all defenses to a motion seeking disgorgement to the class of any and all funds paid in exchange for dismissing my appeal.

10. If I were to opt out from the settlement, I would not find it financially feasible to vindicate any claims I might have against the defendant.

11. The specific grounds of my objection are identified in the memorandum to be

Case No. 3:16-cv-00492-L-WVG                                                          2
DECLARATION OF RACHEL THREATT

filed by my attorney contemporaneously with this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 16, 2018, in New Lenox, Illinois.

_Rachel Threatt_
Rachel Threatt

Case No. 3:16-cv-00492-L-WVG
3
DECLARATION OF RACHEL THREATT