Timothy R. Hanigan (SBN 125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
Tel: (818) 883-5644
Fax: (818) 704-9372
Attorneys for Objector/Class Member,
Amy Collins

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FARRELL, RONALD ANTHONY DINKINS, and LARICE ADDAMO on Behalf of themselves and all others similarly situated,<br>           Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A,<br>           Defendant. | Case No. 3:16-cv-00492-L-WVG<br><br>**DECLARATION OF AMY COLLINS IN SUPPORT OF OBJECTION** |

Comes now Amy Collins and states the following under oath and under penalty of perjury in support of her objection:

My name is Amy Collins. I am over the age of eighteen (18) years. I am qualified and competent to make this affidavit. The facts stated herein are within my personal knowledge.

My address is 111 Illinois Street, Rochester, NY 14609-7432. My phone number is 585-626-0853. I am a holder of a Bank of America, N.A. (BANA) consumer checking account who between February 25, 2014 and December 30, 2017, was assessed at least one extended overdrawn balance charge that was not refunded. Specifically, on September 27, 2016, I was assessed a $35 Extended Overdrawn Balance Charge to my Bank of America personal checking account number ending in 4924. Additionally, on January 31, 2017, I was assessed a $35 Extended Overdrawn Balance Charge to my Bank of America personal checking account number ending in 4924. Upon information and belief, my account was not refunded for these charges. There may be additional extended overdrawn balance charges to my Bank of America personal checking account ending in 4924 of which I am unaware. Additionally, I received a class notice in the mail. For the above stated reasons, I am a class member as defined by the class notice.

I have not filed an objection to a class action settlement in the preceding five years.

1 | Dated this the 20th of April, 2018.

2 | I declare under penalty of perjury under the laws of the United States
3 | of America that the foregoing is true and correct.

*[Signature: Amy Collins — 4/20/18]*