Hassan A. Zavareei (SBN 181547)
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com

JEFF OSTROW (*pro hac vice*)
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@kolawyers.com

*Counsel for Plaintiffs and Settlement Class*
*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FARRELL, RONALD ANTHONY DINKINS, LARICE ADDAMO, and TIA LITTLE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | CASE NO. 3:16-cv-00492-L-WVG<br><br>**PLAINTIFFS' NOTICE OF FILING OF OBJECTIONS TO CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. M. James Lorenz<br>Place: Courtroom 5B<br>Hearing Date: June 18, 2018 |

Plaintiffs Joanne Farrell,[1] Ronald Anthony Dinkins, Larice Addamo, and Tia Little, through their undersigned counsel, hereby give notice to the Court of the filing of certain objections to the Class Action Settlement in this case and state as follows:

1. In addition to the objections to the proposed Class Action Settlement that have been filed with the Court [DE #82, #84, #85, #86, #88, #90, #91, #92, #93], counsel for Plaintiffs have received certain objections to the Settlement via U.S. Mail. Plaintiffs may be addressing these objections, if necessary, in forthcoming filings, but Plaintiffs submit them at this time for the Court's convenience.

2. On April 6, 2018, Ashwin Khobragade, *pro se*, submitted via U.S. Mail an objection, which is attached hereto as Exhibit A.

3. On April 20, 2018, George Odell, *pro se*, submitted via U.S. Mail an objection, which is attached hereto as Exhibit B.

4. On April 26, 2018, a document from Ohiochioya Eidon, *pro se*, was added to the docket in this matter. [*See* DE #93.] However, it is unclear whether Mr. Eidon's entire objection, which Class Counsel received via U.S. Mail, was received by the Court. Thus, in an abundance of caution, attached hereto as Exhibit C is a copy of the objection received by Class Counsel.

Dated: May 29, 2018

Respectfully submitted,

/s/ Hassan A. Zavareei
HASSAN A. ZAVAREEI (SBN 181547)
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
*hzavareei@tzlegal.com*

---

[1] Plaintiff Farrell recently passed away intestate, and Plaintiffs recently moved the Court to substitute the Representatives of the Estate of Joanne Farrell as Plaintiffs and Class Representatives. [DE #98, #100.] That motion is still pending at this time.

JEFF OSTROW (*pro hac vice*)
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
*ostrow@kolawyers.com*

BRYAN GOWDY (*pro hac vice*)
**CREED AND GOWDY, P.A.**
865 May Street
Jacksonville, FL 32204
Telephone: 904-350-0075
Facsimile: 904-503-0441
*bgowdy@appellate-firm*.com

JOHN JOSEPH UUSTAL (*pro hac vice*)
CRISTINA MARIA PIERSON (*pro hac vice*)
JOHN R. HARGROVE (*pro hac vice*)
**KELLEY UUSTAL PC**
500 North Federal Highway, Suite 200
Fort Lauderdale, FL 33301
Telephone: 954-522-6601
*jju@kulaw.com*
*cmp@kulaw.com*
*jhr@hargrovelawgroup.com*

WALTER W. NOSS (CA 277580)
**SCOTT + SCOTT LLP**
707 Broadway,10th Floor
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
*wnoss@scott-scott.com*

*Counsel for Plaintiff*