# EXHIBIT C

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FARRELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | CASE NO. 3:16-cv-00492-L-WVG<br><br>**DECLARATION OF RIAZ BHAMANI** |

I, Riaz Bhamani, hereby swear and testify as follows:

1. I am an employee of Defendant Bank of America ("BANA") with the title of Fee Management Executive. I am above 18 years of age, and, if called as a witness, I could and would competently testify to the matters set forth herein.

2. The total amount of Extended Overdrawn Balance Charges ("EOBCs") that BANA assessed to consumer checking accounts, minus those EOBCs that, as of June 20, 2017 had been refunded or charged off, for the period of February 25, 2014 through May 31, 2017, was $725,508,808.51.

-1-

DECLARATION OF RIAZ BHAMANI

3. I oversaw the calculation of the figure in Paragraph 2. Data for the calculation was pulled from BANA's business records.

4. I, along with other BANA employees, verified the accuracy of the figure in Paragraph 2 by conducting approximately 100 spot checks of the data.

5. Some accounts to which BANA assessed EOBCs were closed without the customers having cured the overdrafts, such that an EOBC could remain due on the account at the time of charge off. Between February 25, 2014 and February 3, 2016 (as of which date BANA eliminated outstanding fees from account balances once the accounts were charged off), approximately 837,558 such accounts were closed in overdrawn status, excluding accounts in connection with which overdrawn balances were discharged in bankruptcy and accounts whose holders are deceased. This left as much as approximately $29.1 million in outstanding EOBCs uncollected from accountholders, as of September 20, 2017.

6. I oversaw the calculation of the figure in Paragraph 5. Data for the calculation was pulled from BANA's business records.

7. I, along with other BANA employees, verified the accuracy of the figure in Paragraph 5 by comparing and reconciling the data across two separate sources.

8. As a result of the cessation of the EOBC as a result of the Settlement, BANA projects to earn approximately $20,000,000 less in fee revenue each month than it would have earned had BANA continued to assess the EOBC.

On this 17 day of APRIL, 2018, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

_Riaz Bhamani_ (signature)

-2-
DECLARATION OF RIAZ BHAMANI