JEFF OSTROW (*pro hac vice*)
**KOPELOWITZ OSTROW FERGUSON**
**WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
*ostrow@kolawyers.com*

HASSAN ZAVAREEI (CA 181547)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC  20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
*hzavareei@tzlegal.com*

*Attorneys for Plaintiffs and the Settlement Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FARRELL, on behalf of herself and all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>BANK OF AMERICA, N.A.,<br><br>          Defendant. | CASE NO. 3:16-cv-00492-L-WVG<br><br>**NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION TO FILE CLASS COUNSEL'S BILLING RECORDS UNDER SEAL**<br><br>Judge: Hon. M. James Lorenz<br>Place: Courtroom 5B<br>Hearing Date: June 18, 2018 at 11:00am |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that as soon as the matter may be heard, Plaintiffs and Class Counsel will, and hereby do, respectfully move the Court for an Order Granting Plaintiffs' Unopposed Motion to File Class Counsel's Billing Records Under Seal, and for any further relief the Court deems equitable and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Plaintiffs

will rely on their Memorandum in Support and all other papers of record.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Defendant, Bank of America, N.A., does not oppose this Motion.

Dated: June 14, 2018                              Respectfully submitted,

                                                  /s/ Jeff Ostrow
                                                  Jeff Ostrow (*pro hac vice*)
                                                  ostrow@kolawyers.com
                                                  **KOPELOWITZ OSTROW**
                                                  **FERGUSON WEISELBERG GILBERT**
                                                  1 West Las Olas Blvd., Suite 500
                                                  Fort Lauderdale, FL 33301
                                                  Tel.: (954) 525-4100
                                                  Fax: (954) 525-4300

                                                  /s/ Hassan A. Zavareei
                                                  Hassan A. Zavareei (SBN 181547)
                                                  hzavareei@tzlegal.com
                                                  **TYCKO & ZAVAREEI LLP**
                                                  2000 L Street, N.W., Suite 808
                                                  Washington, DC 20036
                                                  Tel.: (202) 973-0900
                                                  Fax: (202) 973-0950

                                                  *Counsel for Plaintiffs and the Settlement Class*

NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED
MOTION TO FILE CLASS COUNSEL'S BILLING RECORDS UNDER SEAL
3:16-cv-00492-L-WVG