UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FARRELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | CASE NO. 3:16-cv-00492-L-WVG<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE THE REPRESENTATIVES OF THE ESTATE OF JOANNE FARRELL AS PLAITIFFS AND CLASS REPRESENATIVES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)** |

This case comes before the Court for an order granting Plaintiffs' Unopposed Motion to Substitute the Representatives of the Estate of Joanne Farrell as Plaintiffs and Class Representatives Pursuant to Federal Rule of Civil Procedure 25(a)(1).

Having considered the matter, and good cause appearing for the requested relief,

IT IS HEREBY ORDERED THAT:

1.  The Motion is granted.

2.  The Court finds that the Motion meets all of the requirements of Rule 25(a)(1).

3.  Plaintiff Joanne Farrell died intestate, survived only by her four adult children, Patrick Michael Farrell, Ryan Thomas Farrell, Timothy Gaelan Farrell, and Brooke Ann Farrell ("Farrell Children").

4. The Farrell Children are hereby substituted as Plaintiffs in this Action, and as Class Representatives for the Settlement that is currently under consideration by this Court for Final Approval pursuant to Federal Rule of Civil Procedure 23.

5. In accordance with the terms of the Motion, the Farrell Children's substitution is for the limited purpose of effectuating the Settlement of this Action, without prejudice to Defendant Bank of America, N.A.'s rights to oppose their standing in the event the Settlement does not become effective in accordance with the terms of the Settlement Agreement and the Parties are left to litigate the merits.

IT IS SO ORDERED.

Dated: June 15, 2018

_____
Hon. M. James Lorenz
United States District Judge