

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Dinkins; Tia Little; Larice Addamo; Patrick Michael Farrell; Ryan Thomas Farrell; Timothy Gaelan Farrell; Brooke Ann Farrell<br><br>**Plaintiff,**<br><br>V.<br><br>Bank of America, N.A.<br><br><br><br>**Defendant.** | Civil Action No.   16cv0492-L-WVG<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ORDERED AND ADJUDGED:

That judgment is entered in accordance with all provisions set forth in the Conclusion and Order section of the Order Granting (1) Motion for Final Approval of Class Action Settlement and (2) Motion for Attorneys' Fees, Costs, and Class Representative Service Awards entered as ECF No. 133.

**Date:**   9/19/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ L. Fincher
L. Fincher, Deputy