1 | **MICHAEL D. LUPPI (CA 55865)**
2 | **LAW OFFICE OF MICHAEL D. LUPPI**
3 | 11366 Christy Avenue
  | Sylmar, CA 91342
4 | Telephone (818) 897-3344
  | Facsimile: (323) 726-3106
5 | monica@luppilaw.com

6 | **Counsel for Objector Estafania Osorio Sanchez**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FARRELL, RONALD ANTHONY DINKINS, and LARICE ADDAMO On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant,<br><br>ESTAFANIA OSORIO SANCHEZ,<br><br>Objector. | Case No.: Osirio-L-WVG<br><br>**NOTICE OF APPEAL (Civil)**<br><br>`3:16-cv-00492-L-WVG`<br>`(AKR, deputy clerk)`<br><br>Judge: Hon. M. James Lorenz |

Notice is hereby given that Objector, Estafania Osorio Sanchez, hereby appeals to the United States Court of Appeal for the: (check appropriate box)

☒ Ninth Circuit                  ☐ Federal Circuit

from the: (check appropriate box)

☒ Order - Doc. 133 - Order Granting          ☒ Final Judgment - Doc. 134
(1) Motion [Doc. 104] for Final Approval of
Class Action Settlement and (2) Motion [Doc. 80]
for Attorneys' Fees, Costs, and Class Representative
Service Awards

Final Judgment was entered in this proceedings on the 19th day of September, 2018.

Transcript required      ☐ Yes      ☒ No

Date civil complaint filed: December 27, 2017

Dated this 21st day of September, 2018.

                Respectfully submitted,

                /s/ Michael D. Luppi
                Michael D. Luppi
                Law Office of Michael D. Luppi
                11366 Christy Avenue
                Sylmar, CA 91342
                Telephone (818) 897-3344
                Facsimile: (323) 726-3106
                monica@luppilaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 21, 2018 the foregoing Notice of Appeal of Objector, Estafania Osorio Sanchez was filed with the Court's CM/ECF system which will send electronic notification to all attorneys registered for CM/ECF filing.

                /s/ Michael D. Luppi
                Michael D. Luppi