1  Timothy R. Hanigan (SBN 125791)
   LANG, HANIGAN & CARVALHO, LLP
2  21550 Oxnard Street, Suite 760
   Woodland Hills, CA 91367
3  Tel: (818) 883-5644
4  Fax: (818) 704-9372
   Attorney for Objector/Class Member,
5  Amy Collins
6

7              UNITED STATES DISTRICT COURT
8              SOUTHERN DISTRICT OF CALIFORNIA
9

10  JOANNE FARRELL, RONALD              Case No. 3:16-cv-00492-L-WVG
    ANTHONY DINKINS, and LARICE
11  ADDAMO on behalf of themselves and
    all others similarly situated,
12                       Plaintiffs,
13

14  v.

15  BANK OF AMERICA, N.A,               **OBJECTING CLASS MEMBER**
16                       Defendant.     **AMY COLLINS' NOTICE OF**
                                        **APPEAL**
17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice is hereby given that Class Member/Objector Amy Collins appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting (1) Motion for Final Approval of Class Action Settlement and (2) Motion for Attorneys' Fees, Costs, and Class Representative Service Awards (ECF Doc. No. 133) entered in this action on August 31, 2018, and the Judgment (ECF Doc. No. 134) entered in this action on September 19, 2018, and all orders and opinions that merge therein. The Class Member/Objector also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by this Class Member/Objector, and any order imposing sanctions or requiring an appeal bond, including any order entered or signed subsequent to this notice of appeal.

DATED:  September 25, 2018          Respectfully submitted,

                                   /s/ Timothy R. Hanigan
                                   Timothy R. Hanigan (125791)
                                   LANG, HANIGAN &
                                   CARVALHO, LLP,
                                   21550 Oxnard Street, Suite 760
                                   Woodland Hills, California 91367
                                   (818) 883-5644
                                   trhanigan@gmail.com
                                   Attorney for Objector/Class Member

**Certificate of Service**

The undersigned certifies that today he filed the foregoing Notice of Appeal  on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED:  September 25, 2018

*/s/ Timothy R. Hanigan*