# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 18-56371 | 3:16-cv-00492-L-WVG |
|---|---|
| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |
| Farrell, et al. v. Bank of America, N.A. | 10/17/2018 |
| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER/MAGISTRATE JUDGE | PROCEEDINGS |
|---|---|---|
| 6/18/18 | Chari L. Bowery/MJL | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☒ Other (Please Specify) Final Approval Hearing / Tr. at ECF Dkt. 124 |

**ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY**

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☐ As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

NAME, ADDRESS AND TELEPHONE NUMBER:

Theodore H. Frank
Competitive Enterprise Institute
1310 L Street NW, 7th Floor
Washington, DC 20005
(202) 331-2263

DATE TRANSCRIPT ORDERED: 11/14/2018

/s/ Theodore H. Frank
**SIGNATURE**
ATTORNEY/PRO PER LITIGANT

**THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.**

**PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. DISTRICT COURT AT (619) 557-6368**

## SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

A-9 (08/97)  CA9-036(10/01/82)

**COPY ONE**

Appellant Rachel Threatt designates the transcript from the Final Approval Hearing on June 18, 2018, which is already transcribed as docket number 124.

## CERTIFICATE OF SERVICE

     I hereby certify that on this day I electronically served the foregoing Transcript Designation and Ordering Form on all CM/ECF participating attorneys at their registered email addresses, thus effectuating electronic service under S.D. Cal. L. Civ. R. 5.4(d).

DATED this 14th day of November, 2018.

<u>/s/ Theodore H. Frank</u>
Theodore H. Frank
