# EXHIBIT 1



**Farrell v. Bank of America**
**Metrics September 1, 2018 Thru July 31, 2020**

| Month | Correspondence | IVR Phone Calls Received | Phone Calls Received by Live Agents | Website Views |
|---|---|---|---|---|
| Sep-18 | 52 | 6,848 | 215 | 72,699 |
| Oct-18 | 46 | 3,601 | 95 | 45,967 |
| Nov-18 | 30 | 2,767 | 93 | 36,203 |
| Dec-18 | 28 | 1,822 | 34 | 19,730 |
| Jan-19 | 17 | 1,969 | 32 | 19,952 |
| Feb-19 | 31 | 1,774 | 17 | 28,347 |
| Mar-19 | 23 | 2,023 | 27 | 37,345 |
| Apr-19 | 29 | 1,275 | 35 | 21,935 |
| May-19 | 22 | 1,479 | 30 | 31,703 |
| Jun-19 | 13 | 1,159 | 25 | 21,587 |
| Jul-19 | 19 | 1,490 | 65 | 27,932 |
| Aug-19 | 12 | 1,010 | 17 | 14,352 |
| Sep-19 | 18 | 1,329 | 71 | 35,833 |
| Oct-19 | 19 | 1,216 | 54 | 44,709 |
| Nov-19 | 8 | 1,146 | 26 | 35,620 |
| Dec-19 | 14 | 846 | 37 | 16,706 |
| Jan-20 | 13 | 701 | 17 | 9,753 |
| Feb-20 | 12 | 705 | 4 | 8,906 |
| Mar-20 | 9 | 1,720 | 13 | 18,872 |
| Apr-20 | 14 | 819 | 27 | 15,403 |
| May-20 | 9 | 679 | 23 | 12,369 |
| Jun-20 | 13 | 752 | 8 | 12,172 |
| Jul-20 | 7 | 720 | 10 | 11,409 |
| **Totals** | **458** | **37,850** | **975** | **599,504** |