# EXHIBIT 2



# Farrell v Bank of America Reminder Notice

## Project Assumptions and Estimated Volumes

| | |
|---|---|
| Total Notice Population | 7,298,494 |
| Email Notice Population | 5,506,173 |
| Percentage of Undeliverable email | 2% |
| Mail Notice Population | 1,792,321 |
| Percentage of Undeliverable mail | 7% |
| Mailing Packet Content | Postcard Notice or Email Notice |

## Summary Estimate

| | | |
|---|---|---|
| Address Update and Class Notice | $ | 153,271 |
| Project Management and Reporting | $ | 10,080 |
| Postage and Expenses | $ | 532,969 |
| Total Estimate | $ | 696,320 |