UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FARRELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | CASE NO. 3:16-cv-00492-L-WVG<br><br>**CLASS ACTION**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Based on the parties' representations in their Joint Response to Order to Show Cause (doc. no. 156), the Order to Show Cause is discharged.

**IT IS SO ORDERED.**

Dated: August 11, 2020

_____
Hon. M. James Lorenz
United States District Judge