UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 5 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOANNE FARRELL, on behalf of herself and all others similarly situated,<br><br>            Plaintiff-Appellee,<br><br> v.<br><br>BANK OF AMERICA CORPORATION, N.A.,<br><br>            Defendant-Appellant. | No.   17-55847<br><br>D.C. No.<br>3:16-cv-00492-L-WVG<br>Southern District of California, San Diego<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 31), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator